IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| American IT Resources Group, Inc., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.:<br>) |
| Aspire Logix, Inc., | )<br>) |
| Defendant. | )<br>) |

## COMPLAINT

Plaintiff American IT Resources Group ("AIT"), for its Complaint against Aspire Logix, Inc. ("Defendant"), states as follows:

## PARTIES

1. Plaintiff AIT is an Illinois corporation, with its principal place of business in Schaumburg, Illinois.

2. Defendant is a Virginia corporation with its principal place of business in McLean, Virginia.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) in that AIT and Defendant are citizens of different states and the amount in controversy exceeds $75.000 (seventy-five thousand dollars), exclusive of interests and costs.

4. This Court has personal jurisdiction over the Defendant in that it regularly conducts business in this District, the actions giving rise to this cause of action took place in this District, and it has committed tortious acts in this District.

5. Venue is proper in this Court as a substantial part of the events or omissions giving rise to the claim occurred in this District, and the Defendants are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

6. AIT is an internet technology ("IT") services and solutions provider, providing IT solutions in application development and IT consulting.

7. Defendant is, or claims to be, a software company.

8. In or about December 2018, Defendant purported to execute a subcontractor agreement in which Defendant purported to become a subcontractor to AIT providing temporary IT consultants for AIT's projects.

9. In fact, the alleged contract was signed on AIT's behalf by a person whom Defendant knew lacked authority to enter into any contractual relationship with Defendant and who conspired with Defendant to act throughout the scheme.

10. Defendant never provided and never intended to provide any consultants or services to AIT or any of its customers under the purported contract.

11. Beginning in February 2019, Defendant sent AIT regular invoices for purported consulting services that were never provided.

12. From February 2019 through June 2021, Defendant invoiced and received fraudulent payments from AIT totaling $509,160.00. Defendant did not provide any services for these payments. The invoices were sent to and paid from this District.

13. In addition to the foregoing payments, in June 2021, Defendant's principal, Kokilavani Balachandran received fraudulent payments from AIT directly totaling $22,558.00. Attached hereto as <u>Exhibit A</u> is a copy of the Report of payments from AIT.

## COUNT I
### (Fraud and Deceit)

14. AIT incorporates paragraphs 1 through 13 herein as if restated in full.

15. Between February 2019 and June 2021, Defendant represented to AIT that Defendant had provided services to AIT through its invoices demanding payment for work purportedly provided under a contract with AIT.

16. Defendant's representations that it had provided services were false, and Defendant made the representations intentionally and knowingly, with the intent to mislead AIT.

17. Defendant intended that the false invoices would induce AIT to act by paying them.

18. Defendant's actions were willful and without legal justification.

19. Defendant's representations that it had performed services for AIT and that it was entitled to payment for those services were material to AIT's decisions to pay the invoices.

20. AIT reasonably relied on Defendant's representations and as a result was damaged in the amount of at least $531,718.00. Attached hereto as <u>Exhibit B</u> is a copy of the Report of payments made by AIT.

## COUNT II
### (Unjust Enrichment)

21. ATI incorporates paragraphs 1 through 20 herein as if restated in full.

22. Defendant wrongfully invoiced AIT for work that Defendant had not performed.

23. Despite knowing that it had not performed the work, and despite knowing that AIT was unaware of this fact, Defendant accepted payment from AIT for work it had not performed.

24. AIT's payments conferred a benefit on Defendant, which Defendant accepted and has not returned.

25. Under the circumstances, it would be inequitable and violate the fundamental principles of justice, equity and good conscience for Defendant to retain the benefit of the payments made by AIT.

26. Defendant has been unjustly enriched in the amount of at least $531,718.00.

## PRAYER FOR RELIEF

WHEREFORE, AIT respectfully requests judgment against Defendant Aspire Logix, Inc., awarding compensatory damages in an amount to be determined at trial; punitive damages of at least $350,000.00; attorneys' fees as permitted by law; costs of suit; and such other and further relief as the Court may deem just and proper.

## JURY DEMAND

AIT hereby demands a trial by jury on all causes of action asserted herein.

Dated:

Respectfully submitted,

*Carla Carter*

Carla E. Buterman- Carter

*Atty No. 6281101*
*Carla E. Buterman-Carter*
*Davis & Carter, LLC*
*53 W. Jackson Blvd., Suite 1504*
*Chicago, IL 60604*
*312.600.5485*
*ccarter@daviscarterlaw.com*

# American IT Resource Group Inc.
## Transaction Detail By Account
### January 1, 2020 through August 16, 2021

| Date | Num | Name | Split | Debit |
|---|---|---|---|---|
| 06/09/2021 | 2007 | Kokilavani Balachandran | US Bank 9795 | 4,860.00 |
| 06/15/2021 | 2026 | Kokilavani Balachandran | US Bank 9795 | 6,280.00 |
| 06/15/2021 | 2033 | Kokilavani Balachandran | US Bank 9795 | 7,132.00 |
| 06/23/2021 | 2042 | Kokilavani Balachandran | US Bank 9795 | 4,286.00 |
| Total Kokilavani Balachandran | | | | 22,558.00 |

EXHIBIT A

| Date | Transaction Type | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| 02/25/2019 | Check | 3970 | Aspire Logix Solutions Inc | US Bank 9795 | 6,740.00 |
| 02/25/2019 | Check | 3969 | Aspire Logix Solutions Inc | US Bank 9795 | 9,820.00 |
| 03/13/2019 | Check | 3989 | Aspire Logix Solutions Inc | US Bank 9795 | 5,420.00 |
| 04/15/2019 | Check | 4044 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 05/08/2019 | Check | 4070 | Aspire Logix Solutions Inc | US Bank 9795 | 3,808.00 |
| 05/09/2019 | Check | 4106 | Aspire Logix Solutions Inc | US Bank 9795 | 8,280.00 |
| 05/29/2019 | Check | 4132 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 06/19/2019 | Check | 4175 | Aspire Logix Solutions Inc | US Bank 9795 | 4,600.00 |
| 07/08/2019 | Check | VV019 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 07/26/2019 | Check | AIT1014 | Aspire Logix Solutions Inc | US Bank 9795 | 5,952.00 |
| 08/08/2019 | Check | AIT1021 | Aspire Logix Solutions Inc | US Bank 9795 | 4,856.00 |
| 08/09/2019 | Check | AIT1024 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 08/15/2019 | Check | 4258 | Aspire Logix Solutions Inc | US Bank 9795 | 5,988.00 |
| 08/22/2019 | Check | AIT1028 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 09/07/2019 | Check | AIT1033 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/11/2019 | Check | 4296 | Aspire Logix Solutions Inc | US Bank 9795 | 5,326.00 |
| 09/12/2019 | Check | 4303 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/25/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 12,860.00 |
| 10/03/2019 | Check | AIT1043 | Aspire Logix Solutions Inc | US Bank 9795 | 5,808.00 |
| 10/04/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 5,758.00 |
| 10/24/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,236.00 |
| 10/31/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,048.00 |
| 11/06/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 16,240.00 |
| 11/15/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 11/21/2019 | Check | AIT1063 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 12/04/2019 | Check | Withdrawal 12-2020-08 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 12/19/2019 | Check | Withdrawal 12-2020-24 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 12/30/2019 | Check | Withdrawal 12-2020-36 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/10/2020 | Check | Withdrawal 01-2020-16 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |
| 01/16/2020 | Check | Withdrawal 01-2020-26 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/29/2020 | Check | Withdrawal 01-2020-40 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 02/14/2020 | Check | Withdrawal 02-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 8,552.00 |
| 02/20/2020 | Check | Withdrawal 02-2020-21 | Aspire Logix Solutions Inc | US Bank 9795 | 12,647.00 |
| 03/04/2020 | Check | Other 03-2020-06 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 03/11/2020 | Check | Other 03-2020-10 | Aspire Logix Solutions Inc | US Bank 9795 | 4,720.00 |
| 03/27/2020 | Check | Other 03-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 12,687.00 |
| 04/03/2020 | Check | Withdrawal 04-2020-04 | Aspire Logix Solutions Inc | US Bank 9795 | 3,782.00 |
| 04/30/2020 | Check | Withdrawal 04-2020-17 | Aspire Logix Solutions Inc | US Bank 9795 | 5,860.00 |
| 05/06/2020 | Check | AIT1241 | Aspire Logix Solutions Inc | US Bank 9795 | 5,760.00 |
| 05/18/2020 | Check | AIT1253 | Aspire Logix Solutions Inc | US Bank 9795 | 3,100.00 |
| 05/28/2020 | Check | Withdrawal 05-2020 13 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 06/08/2020 | Check | 1286 | Aspire Logix Solutions Inc | US Bank 9795 | 4,708.00 |
| 06/09/2020 | Check | 1295 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1328 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1329 | Aspire Logix Solutions Inc | US Bank 9795 | 3,960.00 |
| 06/30/2020 | Check | 1344 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 07/08/2020 | Check | 1362 | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 07/23/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 5,240.00 |
| 07/31/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 08/05/2020 | Check | 1416 | Aspire Logix Solutions Inc | US Bank 9795 | 9,360.00 |
| 08/19/2020 | Check | 1434 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |

EXHIBIT b

| Date | Type | Ref | Payee | Account | Amount |
|---|---|---|---|---|---:|
| 08/28/2020 | Check | Withdrawal 08-2020 17 | Aspire Logix Solutions Inc | US Bank 9795 | 3,820.00 |
| 09/08/2020 | Check | 1470 | Aspire Logix Solutions Inc | US Bank 9795 | 10,080.00 |
| 09/24/2020 | Check | 1494 | Aspire Logix Solutions Inc | US Bank 9795 | 3,860.00 |
| 09/30/2020 | Check | Withdrawal 09-2020 16 | Aspire Logix Solutions Inc | US Bank 9795 | 2,660.00 |
| 10/08/2020 | Check | Withdrawal 10-2033 | Aspire Logix Solutions Inc | US Bank 9795 | 12,840.00 |
| 10/22/2020 | Check | Withdrawal 10-2043 | Aspire Logix Solutions Inc | US Bank 9795 | 6,900.00 |
| 10/29/2020 | Check | Withdrawal 10-2048 | Aspire Logix Solutions Inc | US Bank 9795 | 3,206.00 |
| 11/05/2020 | Check | Debit 11-2020 11 | Aspire Logix Solutions Inc | US Bank 9795 | 14,680.00 |
| 11/11/2020 | Check | 1574 | Aspire Logix Solutions Inc | US Bank 9795 | 2,420.00 |
| 11/20/2020 | Check | 1585 | Aspire Logix Solutions Inc | US Bank 9795 | 6,240.00 |
| 12/07/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 7,642.00 |
| 12/10/2020 | Check | 1604 | Aspire Logix Solutions Inc | US Bank 9795 | 4,820.00 |
| 12/15/2020 | Check | 1617 | Aspire Logix Solutions Inc | US Bank 9795 | 4,360.00 |
| 12/31/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 6,870.00 |
| 01/06/2021 | Check | 1641 | Aspire Logix Solutions Inc | US Bank 9795 | 5,460.00 |
| 01/22/2021 | Check | 1675 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 02/04/2021 | Check | 02-2021 13 | Aspire Logix Solutions Inc | US Bank 9795 | 12,463.00 |
| 02/08/2021 | Check | 1726 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 02/23/2021 | Check | 02-2021 26 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 03/02/2021 | Check | 1765 | Aspire Logix Solutions Inc | US Bank 9795 | 1,962.00 |
| 03/03/2021 | Check | 1776 | Aspire Logix Solutions Inc | US Bank 9795 | 6,080.00 |
| 03/04/2021 | Check | 1780 | Aspire Logix Solutions Inc | US Bank 9795 | 4,721.00 |
| 03/26/2021 | Check | 1821 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 04/02/2021 | Check | 1850 | Aspire Logix Solutions Inc | US Bank 9795 | 14,640.00 |
| 04/23/2021 | Check | 4-2021 32 | Aspire Logix Solutions Inc | US Bank 9795 | 4,160.00 |
| 05/04/2021 | Check | 1911 | Aspire Logix Solutions Inc | US Bank 9795 | 6,280.00 |
| 05/17/2021 | Check | 1943 | Aspire Logix Solutions Inc | US Bank 9795 | 3,120.00 |
| 06/02/2021 | Check | 1984 | Aspire Logix Solutions Inc | US Bank 9795 | 4,260.00 |
| | | | | **$** | **5,09,160.00** |