IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------)
)
**American IT Resources Group, Inc.,** )
)
      **Plaintiff,** )
)
  **v.** ) Case No.: 22-cv-00378
)
**Aspire Logix Solutions, Inc.,** ) Judge Marvin Aspen
)
      **Defendant.** )
---------------------------------------------------------------)

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES, Davis & Carter, LLC, on behalf of Plaintiff, and submits this Motion for Default Judgment pursuant to Fed. Rule of Civil Procedure Rule 55. In support of its Motion, Plaintiff states as follows:

1. Plaintiffs filed their Complaint on January 24, 2022. Plaintiff amended their Complaint on Feb. 2, 2022 to correct a misnomer. Attached hereto as Exhibit A is a copy of the Amended Complaint.

2. Defendant, Aspire Logix Solutions, Inc., was served via personal service on their Registered Agent with the Amended Complaint and Summons on Feb. 5, 2022. Attached hereto as Exhibit B is the Notice of Filing of the Proof of Service.

3. Defendant was required under F.R.C.P. Rule 55 to file an appearance and answer within twenty-one days of service. More than twenty-one days have passed since the Defendant's Registered Agent was served with the Amended Complaint and Summons. As of the date of this filing, Defendant has failed to file an answer or appearance in the matter.

4.  Plaintiff has been damaged in the amount sought in the Amended Complaint. Attached hereto as Exhibit C is affidavit of damages. Plaintiff's costs associated with this Complaint are $573.78. Attached hereto as Exhibit D is affidavit of counsel.

WHEREFORE, Plaintiff respectfully requests that this court enter judgment against Defendant Aspire Logix Solutions, Inc. and issue an order for Default awarding Plaintiff damages in the amount of five hundred thirty-one thousand seven hundred and eighty-one dollars ($531,781) plus costs, and for any other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Carla E. Carter_____

*Atty No. 6281101*
*Carla E. Buterman-Carter*
*Davis & Carter, LLC*
*53 W. Jackson Blvd., Suite 1504*
*Chicago, IL 60604*
*312.600.5485*
*ccarter@daviscarterlaw.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------)
                                                            )

**American IT Resources Group, Inc.,**      )

       **Plaintiff,**                                 )

       v.                                       )   **Case** No.: 22-cv-00378

**Aspire Logix Solutions, Inc.,**              )   Judge Marvin Aspen

       **Defendant.**                            )

---------------------------------------------------------------)

## AMENDED COMPLAINT

Plaintiff American IT Resources Group ("AIT"), for its Amended Complaint against Aspire Logix Solutions, Inc. ("Defendant"), states as follows:

## PARTIES

1.     Plaintiff AIT is an Illinois corporation, with its principal place of business in Schaumburg, Illinois.

2.     Defendant is a Virginia corporation with its principal place of business in McLean, Virginia.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) in that AIT and Defendant are citizens of different states and the amount in controversy exceeds $75.000 (seventy-five thousand dollars), exclusive of interests and costs.

EX A

4. This Court has personal jurisdiction over the Defendant in that it regularly conducts business in this District, the actions giving rise to this cause of action took place in this District, and it has committed tortious acts in this District.

5. Venue is proper in this Court as a substantial part of the events or omissions giving rise to the claim occurred in this District, and the Defendants are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

6. AIT is an internet technology ("IT") services and solutions provider, providing IT solutions in application development and IT consulting.

7. Defendant is, or claims to be, a software company.

8. In or about December 2018, Defendant purported to execute a subcontractor agreement in which Defendant purported to become a subcontractor to AIT providing temporary IT consultants for AIT's projects.

9. In fact, the alleged contract was signed on AIT's behalf by a person whom Defendant knew lacked authority to enter into any contractual relationship with Defendant and who conspired with Defendant to act throughout the scheme.

10. Defendant never provided and never intended to provide any consultants or services to AIT or any of its customers under the purported contract.

11. Beginning in February 2019, Defendant sent AIT regular invoices for purported consulting services that were never provided.

12. From February 2019 through June 2021, Defendant invoiced and received fraudulent payments from AIT totaling $509,160.00. Defendant did not provide any services for these payments. The invoices were sent to and paid from this District.

13.     In addition to the foregoing payments, in June 2021, Defendant's principal, Kokilavani Balachandran received fraudulent payments from AIT directly totaling $22,558.00. Attached hereto as Exhibit A is a copy of the Report of payments from AIT.

## COUNT I
### (Fraud and Deceit)

14.     AIT incorporates paragraphs 1 through 13 herein as if restated in full.

15.     Between February 2019 and June 2021, Defendant represented to AIT that Defendant had provided services to AIT through its invoices demanding payment for work purportedly provided under a contract with AIT.

16.     Defendant's representations that it had provided services were false, and Defendant made the representations intentionally and knowingly, with the intent to mislead AIT.

17.     Defendant intended that the false invoices would induce AIT to act by paying them.

18.     Defendant's actions were willful and without legal justification.

19.     Defendant's representations that it had performed services for AIT and that it was entitled to payment for those services were material to AIT's decisions to pay the invoices.

20.     AIT reasonably relied on Defendant's representations and as a result was damaged in the amount of at least $531,718.00. Attached hereto as Exhibit B is a copy of the Report of payments made by AIT.

## COUNT II
### (Unjust Enrichment)

21.     ATI incorporates paragraphs 1 through 20 herein as if restated in full.

22.     Defendant wrongfully invoiced AIT for work that Defendant had not performed.

23.     Despite knowing that it had not performed the work, and despite knowing that AIT was unaware of this fact, Defendant accepted payment from AIT for work it had not performed.

24. AIT's payments conferred a benefit on Defendant, which Defendant accepted and has not returned.

25. Under the circumstances, it would be inequitable and violate the fundamental principles of justice, equity and good conscience for Defendant to retain the benefit of the payments made by AIT.

26. Defendant has been unjustly enriched in the amount of at least $531,718.00.

## PRAYER FOR RELIEF

WHEREFORE, AIT respectfully requests judgment against Defendant Aspire Logix Solutions, Inc., awarding compensatory damages in an amount to be determined at trial; punitive damages of at least $350,000.00; attorneys' fees as permitted by law; costs of suit; and such other and further relief as the Court may deem just and proper.

## JURY DEMAND

AIT hereby demands a trial by jury on all causes of action asserted herein.

Dated:

Respectfully submitted,

*Carla Carter*

Carla E. Buterman- Carter

*Atty No. 6281101*
*Carla E. Buterman-Carter*
*Davis & Carter, LLC*
*53 W. Jackson Blvd., Suite 1504*
*Chicago, IL 60604*
*312.600.5485*
*ccarter@daviscarterlaw.com*

# American IT Resource Group Inc.
## Transaction Detail By Account
### January 1, 2020 through August 16, 2021

| Date | Num | Name | Split | Debit |
|---|---|---|---|---|
| 06/09/2021 | 2007 | Kokilavani Balachandran | US Bank 9795 | 4,860.00 |
| 06/15/2021 | 2026 | Kokilavani Balachandran | US Bank 9795 | 6,280.00 |
| 06/15/2021 | 2033 | Kokilavani Balachandran | US Bank 9795 | 7,132.00 |
| 06/23/2021 | 2042 | Kokilavani Balachandran | US Bank 9795 | 4,286.00 |
| Total Kokilavani Balachandran | | | | 22,558.00 |

EXHIBIT A

| Date | Transaction Type | Num | Name | Split | Amount |
|---|---|---|---|---|---:|
| 02/25/2019 | Check | 3970 | Aspire Logix Solutions Inc | US Bank 9795 | 6,740.00 |
| 02/25/2019 | Check | 3969 | Aspire Logix Solutions Inc | US Bank 9795 | 9,820.00 |
| 03/13/2019 | Check | 3989 | Aspire Logix Solutions Inc | US Bank 9795 | 5,420.00 |
| 04/15/2019 | Check | 4044 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 05/08/2019 | Check | 4070 | Aspire Logix Solutions Inc | US Bank 9795 | 3,808.00 |
| 05/09/2019 | Check | 4106 | Aspire Logix Solutions Inc | US Bank 9795 | 8,280.00 |
| 05/29/2019 | Check | 4132 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 06/19/2019 | Check | 4175 | Aspire Logix Solutions Inc | US Bank 9795 | 4,600.00 |
| 07/08/2019 | Check | VV019 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 07/26/2019 | Check | AIT1014 | Aspire Logix Solutions Inc | US Bank 9795 | 5,952.00 |
| 08/08/2019 | Check | AIT1021 | Aspire Logix Solutions Inc | US Bank 9795 | 4,856.00 |
| 08/09/2019 | Check | AIT1024 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 08/15/2019 | Check | 4258 | Aspire Logix Solutions Inc | US Bank 9795 | 5,988.00 |
| 08/22/2019 | Check | AIT1028 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 09/07/2019 | Check | AIT1033 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/11/2019 | Check | 4296 | Aspire Logix Solutions Inc | US Bank 9795 | 5,326.00 |
| 09/12/2019 | Check | 4303 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/25/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 12,860.00 |
| 10/03/2019 | Check | AIT1043 | Aspire Logix Solutions Inc | US Bank 9795 | 5,808.00 |
| 10/04/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 5,758.00 |
| 10/24/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,236.00 |
| 10/31/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,048.00 |
| 11/06/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 16,240.00 |
| 11/15/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 11/21/2019 | Check | AIT1063 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 12/04/2019 | Check | Withdrawal 12-2020-08 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 12/19/2019 | Check | Withdrawal 12-2020-24 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 12/30/2019 | Check | Withdrawal 12-2020-36 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/10/2020 | Check | Withdrawal 01-2020-16 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |
| 01/16/2020 | Check | Withdrawal 01-2020-26 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/29/2020 | Check | Withdrawal 01-2020-40 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 02/14/2020 | Check | Withdrawal 02-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 8,552.00 |
| 02/20/2020 | Check | Withdrawal 02-2020-21 | Aspire Logix Solutions Inc | US Bank 9795 | 12,647.00 |
| 03/04/2020 | Check | Other 03-2020-06 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 03/11/2020 | Check | Other 03-2020-10 | Aspire Logix Solutions Inc | US Bank 9795 | 4,720.00 |
| 03/27/2020 | Check | Other 03-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 12,687.00 |
| 04/03/2020 | Check | Withdrawal 04-2020-04 | Aspire Logix Solutions Inc | US Bank 9795 | 3,782.00 |
| 04/30/2020 | Check | Withdrawal 04-2020-17 | Aspire Logix Solutions Inc | US Bank 9795 | 5,860.00 |
| 05/06/2020 | Check | AIT1241 | Aspire Logix Solutions Inc | US Bank 9795 | 5,760.00 |
| 05/18/2020 | Check | AIT1253 | Aspire Logix Solutions Inc | US Bank 9795 | 3,100.00 |
| 05/28/2020 | Check | Withdrawal 05-2020 13 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 06/08/2020 | Check | 1286 | Aspire Logix Solutions Inc | US Bank 9795 | 4,708.00 |
| 06/09/2020 | Check | 1295 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1328 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1329 | Aspire Logix Solutions Inc | US Bank 9795 | 3,960.00 |
| 06/30/2020 | Check | 1344 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 07/08/2020 | Check | 1362 | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 07/23/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 5,240.00 |
| 07/31/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 08/05/2020 | Check | 1416 | Aspire Logix Solutions Inc | US Bank 9795 | 9,360.00 |
| 08/19/2020 | Check | 1434 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |

EXHIBIT b

| | | | | | |
|---|---|---|---|---|---:|
| 08/28/2020 | Check | Withdrawal 08-2020 17 | Aspire Logix Solutions Inc | US Bank 9795 | 3,820.00 |
| 09/08/2020 | Check | 1470 | Aspire Logix Solutions Inc | US Bank 9795 | 10,080.00 |
| 09/24/2020 | Check | 1494 | Aspire Logix Solutions Inc | US Bank 9795 | 3,860.00 |
| 09/30/2020 | Check | Withdrawal 09-2020 16 | Aspire Logix Solutions Inc | US Bank 9795 | 2,660.00 |
| 10/08/2020 | Check | Withdrawal 10-2033 | Aspire Logix Solutions Inc | US Bank 9795 | 12,840.00 |
| 10/22/2020 | Check | Withdrawal 10-2043 | Aspire Logix Solutions Inc | US Bank 9795 | 6,900.00 |
| 10/29/2020 | Check | Withdrawal 10-2048 | Aspire Logix Solutions Inc | US Bank 9795 | 3,206.00 |
| 11/05/2020 | Check | Debit 11-2020 11 | Aspire Logix Solutions Inc | US Bank 9795 | 14,680.00 |
| 11/11/2020 | Check | 1574 | Aspire Logix Solutions Inc | US Bank 9795 | 2,420.00 |
| 11/20/2020 | Check | 1585 | Aspire Logix Solutions Inc | US Bank 9795 | 6,240.00 |
| 12/07/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 7,642.00 |
| 12/10/2020 | Check | 1604 | Aspire Logix Solutions Inc | US Bank 9795 | 4,820.00 |
| 12/15/2020 | Check | 1617 | Aspire Logix Solutions Inc | US Bank 9795 | 4,360.00 |
| 12/31/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 6,870.00 |
| 01/06/2021 | Check | 1641 | Aspire Logix Solutions Inc | US Bank 9795 | 5,460.00 |
| 01/22/2021 | Check | 1675 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 02/04/2021 | Check | 02-2021 13 | Aspire Logix Solutions Inc | US Bank 9795 | 12,463.00 |
| 02/08/2021 | Check | 1726 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 02/23/2021 | Check | 02-2021 26 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 03/02/2021 | Check | 1765 | Aspire Logix Solutions Inc | US Bank 9795 | 1,962.00 |
| 03/03/2021 | Check | 1776 | Aspire Logix Solutions Inc | US Bank 9795 | 6,080.00 |
| 03/04/2021 | Check | 1780 | Aspire Logix Solutions Inc | US Bank 9795 | 4,721.00 |
| 03/26/2021 | Check | 1821 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 04/02/2021 | Check | 1850 | Aspire Logix Solutions Inc | US Bank 9795 | 14,640.00 |
| 04/23/2021 | Check | 4-2021 32 | Aspire Logix Solutions Inc | US Bank 9795 | 4,160.00 |
| 05/04/2021 | Check | 1911 | Aspire Logix Solutions Inc | US Bank 9795 | 6,280.00 |
| 05/17/2021 | Check | 1943 | Aspire Logix Solutions Inc | US Bank 9795 | 3,120.00 |
| 06/02/2021 | Check | 1984 | Aspire Logix Solutions Inc | US Bank 9795 | 4,260.00 |
| | | | | $ | 5,09,160.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------)
)
**American IT Resources Group, Inc.,** )
)
       **Plaintiff,** )
)
   **v.** ) **Case** No.: 22-cv-00378
)
**Aspire Logix Solutions, Inc.,** ) Judge Marvin Aspen
)
       **Defendant.** )
---------------------------------------------------------------)

**NOTICE OF FILING**

Please take note that on February 16, 2022 we filed the Proof of Service with the U.S. District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

**Certificate of Service**

The undersigned, a duly admitted attorney, states that she served the above and foregoing by causing a copy thereof to be electronically filed with the Clerk of Court of the Northern District of Illinois using the CM/ECF system, and to be thereby served upon al counsel of record, on or before the date of filing listed above.

                                      /s/ Carla E. Carter_____

*Atty No. 6281101*
*Carla E. Buterman-Carter*
*Davis & Carter, LLC*
*53 W. Jackson Blvd., Suite 1504*
*Chicago, IL 60604*
*312.600.5485*
*ccarter@daviscarterlaw.com*

EX B

# AFFIDAVIT OF SERVICE

| Case: 1:22-CV-00378 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | County: Cook | Job: 6608780 |
|---|---|---|---|
| **Plaintiff / Petitioner:** American IT Resources Group Inc. | | **Defendant / Respondent:** Aspire Logix Solutions, Inc. | |
| **Received by:** Patriot Process | | **For:** Tobin, O'Connor & Ewing - David Tobin | |
| **To be served upon:** Manoj Mohan as Registered Agent for Aspire Logix Solutions, Inc. | | | |

I, Patrice Rehrig, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

| | |
|---|---|
| Recipient Name / Address: | Manoj Mohan as Registered Agent for Aspire Logix Solutions, Inc. 8747 Sheridan Farms Court, Springfield, VA 22152 |
| Manner of Service: | Posted, Feb 5, 2022, 4:41 pm EST |
| | Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found) per VA Code § 8.01-296 (2)b. |
| Documents: | SUMMONS IN A CIVIL CASE. (Received Feb 2, 2022 at 3:09pm EST), AMENDED COMPLAINT (Received Feb 2, 2022 at 3:09pm EST), ATTORNEY APPEARANCE FORM (Received Jan 25, 2022 at 10:08am EST), CIVIL COVER SHEET (Received Jan 25, 2022 at 10:08am EST), NOTICE OF FILING (Received Feb 2, 2022 at 3:09pm EST) |

**Additional Comments:**
1) Unsuccessful Attempt: Jan 28, 2022, 11:10 am EST at Home: 8747 Sheridan Farms Court, Springfield, VA 22152
Knocked on Door - Manoj Mohan acknowledged my presence and refused to accept service because he told me he has never been the registered agent for this company "Aspire Logix, Inc.". He volunteered that he used to work as a consultant for the company for a short duration as a consultant in 2009 and has old paychecks as proof but he has had no other connections to the company.

2) Unsuccessful Attempt: Feb 5, 2022, 10:32 am EST at Home: 8747 Sheridan Farms Court, Springfield, VA 22152
Knocked and/or Rang Door Bell several times. No Answer.

3) Unsuccessful Attempt: Feb 5, 2022, 4:41 pm EST at Home: 8747 Sheridan Farms Court, Springfield, VA 22152
Attempted service, Knocked and/or Rang Door Bell several times. No Answer. Lights on inside, second floor window. Vehicle Parked out front of residence in space 8747, 2013 Honda accord license plate Virginia-WTB-9902, registered to Manoj Mohan.

4) Successful Attempt: Feb 5, 2022, 4:41 pm EST at Home: 8747 Sheridan Farms Court, Springfield, VA 22152:
Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found) per VA Code § 8.01-296 (2)b.

I certify that on February 8, 2022 a true copy of the above service documents were mailed by First Class Mail prepaid to the above subject at the above address in accordance with state statue.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_Patrice Rehrig_ February 8, 2022
Patrice Rehrig                                Date

Patriot Process - Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW
Suite #400
Washington, DC 20009

State/Commonwealth of    **VIRGINIA**
☐ City  ☒ County of   **PRINCE WILLIAM**

Subscribed and sworn to before me by the affiant who is peronsally known to me.

_[signature]_
Notary Public

February 8, 2022    October 31, 2023    173948
Date                Commission Expires   Reg. No.

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp. 10/31/2023



USPS FIRST CLASS MAIL®

$1.56 US POSTAGE
3 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

062S0009565003
7738423
FROM 20009

stamps
endicia
02/08/2022

Patriot Process - Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington DC 20009

SHIP
TO:
Manoj Mohan as Registered Agent for Aspire Logix Solu
8747 Sheridan Farms Court
Springfield VA 22152-2216

C014

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------------------------------------)
)
**American IT Resources Group, Inc.,** )
)
      **Plaintiff,** )
)
   **v.** ) **Case** No.: 22-cv-00378
)
**Aspire Logix Solutions, Inc.,** ) Judge Marvin Aspen
)
      **Defendant.** )
--------------------------------------------------------------)

## AFFIDAVIT OF DAMAGES

I, RAJESH THANGARAJAN, hereby declare under oath and penalty of perjury that I were called to testify regarding matters herein discussed, I would testify from my own personal knowledge to the following:

1. I am the owner/president of American IT Resources Group, Inc. (AITRG). AITRG has been in business since -----2003.

2. AITRG did not receive services from Aspire Logix Solutions, Inc. ("Aspire") at any time; nor, did AITRG ever owe any monies to Aspire.

3. As alleged in the Amended Complaint, Aspire worked with an employee of AITRG to falsify records and obtain payments.

4. AITRG paid Aspire all monies listed in the attached Summary.

EX C

5. AITRG has been damaged in the amount of five hundred thirty-one thousand seven hundred and eighty-one dollars ($531,781).

Further Affiant say naught,

_____
RAJESH THANGARAJAN

## **CERTIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
RAJESH THANGARAJAN

| Date | Transaction Type | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| 02/25/2019 | Check | 3970 | Aspire Logix Solutions Inc | US Bank 9795 | 6,740.00 |
| 02/25/2019 | Check | 3969 | Aspire Logix Solutions Inc | US Bank 9795 | 9,820.00 |
| 03/13/2019 | Check | 3989 | Aspire Logix Solutions Inc | US Bank 9795 | 5,420.00 |
| 04/15/2019 | Check | 4044 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 05/08/2019 | Check | 4070 | Aspire Logix Solutions Inc | US Bank 9795 | 3,808.00 |
| 05/09/2019 | Check | 4106 | Aspire Logix Solutions Inc | US Bank 9795 | 8,280.00 |
| 05/29/2019 | Check | 4132 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 06/19/2019 | Check | 4175 | Aspire Logix Solutions Inc | US Bank 9795 | 4,600.00 |
| 07/08/2019 | Check | VV019 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 07/26/2019 | Check | AIT1014 | Aspire Logix Solutions Inc | US Bank 9795 | 5,952.00 |
| 08/08/2019 | Check | AIT1021 | Aspire Logix Solutions Inc | US Bank 9795 | 4,856.00 |
| 08/09/2019 | Check | AIT1024 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 08/15/2019 | Check | 4258 | Aspire Logix Solutions Inc | US Bank 9795 | 5,988.00 |
| 08/22/2019 | Check | AIT1028 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 09/07/2019 | Check | AIT1033 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/11/2019 | Check | 4296 | Aspire Logix Solutions Inc | US Bank 9795 | 5,326.00 |
| 09/12/2019 | Check | 4303 | Aspire Logix Solutions Inc | US Bank 9795 | 5,060.00 |
| 09/25/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 12,860.00 |
| 10/03/2019 | Check | AIT1043 | Aspire Logix Solutions Inc | US Bank 9795 | 5,808.00 |
| 10/04/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 5,758.00 |
| 10/24/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,236.00 |
| 10/31/2019 | Check | wire | Aspire Logix Solutions Inc | US Bank 9795 | 5,048.00 |
| 11/06/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 16,240.00 |
| 11/15/2019 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 11/21/2019 | Check | AIT1063 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 12/04/2019 | Check | Withdrawal 12-2020-08 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 12/19/2019 | Check | Withdrawal 12-2020-24 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 12/30/2019 | Check | Withdrawal 12-2020-36 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/10/2020 | Check | Withdrawal 01-2020-16 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |
| 01/16/2020 | Check | Withdrawal 01-2020-26 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 01/29/2020 | Check | Withdrawal 01-2020-40 | Aspire Logix Solutions Inc | US Bank 9795 | 9,720.00 |
| 02/14/2020 | Check | Withdrawal 02-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 8,552.00 |
| 02/20/2020 | Check | Withdrawal 02-2020-21 | Aspire Logix Solutions Inc | US Bank 9795 | 12,647.00 |
| 03/04/2020 | Check | Other 03-2020-06 | Aspire Logix Solutions Inc | US Bank 9795 | 4,760.00 |
| 03/11/2020 | Check | Other 03-2020-10 | Aspire Logix Solutions Inc | US Bank 9795 | 4,720.00 |
| 03/27/2020 | Check | Other 03-2020-20 | Aspire Logix Solutions Inc | US Bank 9795 | 12,687.00 |
| 04/03/2020 | Check | Withdrawal 04-2020-04 | Aspire Logix Solutions Inc | US Bank 9795 | 3,782.00 |
| 04/30/2020 | Check | Withdrawal 04-2020-17 | Aspire Logix Solutions Inc | US Bank 9795 | 5,860.00 |
| 05/06/2020 | Check | AIT1241 | Aspire Logix Solutions Inc | US Bank 9795 | 5,760.00 |
| 05/18/2020 | Check | AIT1253 | Aspire Logix Solutions Inc | US Bank 9795 | 3,100.00 |
| 05/28/2020 | Check | Withdrawal 05-2020 13 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 06/08/2020 | Check | 1286 | Aspire Logix Solutions Inc | US Bank 9795 | 4,708.00 |
| 06/09/2020 | Check | 1295 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1328 | Aspire Logix Solutions Inc | US Bank 9795 | 11,040.00 |
| 06/19/2020 | Check | 1329 | Aspire Logix Solutions Inc | US Bank 9795 | 3,960.00 |
| 06/30/2020 | Check | 1344 | Aspire Logix Solutions Inc | US Bank 9795 | 4,280.00 |
| 07/08/2020 | Check | 1362 | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 07/23/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 5,240.00 |
| 07/31/2020 | Expense | | Aspire Logix Solutions Inc | US Bank 9795 | 6,320.00 |
| 08/05/2020 | Check | 1416 | Aspire Logix Solutions Inc | US Bank 9795 | 9,360.00 |
| 08/19/2020 | Check | 1434 | Aspire Logix Solutions Inc | US Bank 9795 | 4,640.00 |

| Date | Type | Reference | Payee | Account | Amount |
|---|---|---|---|---|---:|
| 08/28/2020 | Check | Withdrawal 08-2020 17 | Aspire Logix Solutions Inc | US Bank 9795 | 3,820.00 |
| 09/08/2020 | Check | 1470 | Aspire Logix Solutions Inc | US Bank 9795 | 10,080.00 |
| 09/24/2020 | Check | 1494 | Aspire Logix Solutions Inc | US Bank 9795 | 3,860.00 |
| 09/30/2020 | Check | Withdrawal 09-2020 16 | Aspire Logix Solutions Inc | US Bank 9795 | 2,660.00 |
| 10/08/2020 | Check | Withdrawal 10-2033 | Aspire Logix Solutions Inc | US Bank 9795 | 12,840.00 |
| 10/22/2020 | Check | Withdrawal 10-2043 | Aspire Logix Solutions Inc | US Bank 9795 | 6,900.00 |
| 10/29/2020 | Check | Withdrawal 10-2048 | Aspire Logix Solutions Inc | US Bank 9795 | 3,206.00 |
| 11/05/2020 | Check | Debit 11-2020 11 | Aspire Logix Solutions Inc | US Bank 9795 | 14,680.00 |
| 11/11/2020 | Check | 1574 | Aspire Logix Solutions Inc | US Bank 9795 | 2,420.00 |
| 11/20/2020 | Check | 1585 | Aspire Logix Solutions Inc | US Bank 9795 | 6,240.00 |
| 12/07/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 7,642.00 |
| 12/10/2020 | Check | 1604 | Aspire Logix Solutions Inc | US Bank 9795 | 4,820.00 |
| 12/15/2020 | Check | 1617 | Aspire Logix Solutions Inc | US Bank 9795 | 4,360.00 |
| 12/31/2020 | Check | debit | Aspire Logix Solutions Inc | US Bank 9795 | 6,870.00 |
| 01/06/2021 | Check | 1641 | Aspire Logix Solutions Inc | US Bank 9795 | 5,460.00 |
| 01/22/2021 | Check | 1675 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 02/04/2021 | Check | 02-2021 13 | Aspire Logix Solutions Inc | US Bank 9795 | 12,463.00 |
| 02/08/2021 | Check | 1726 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 02/23/2021 | Check | 02-2021 26 | Aspire Logix Solutions Inc | US Bank 9795 | 4,680.00 |
| 03/02/2021 | Check | 1765 | Aspire Logix Solutions Inc | US Bank 9795 | 1,962.00 |
| 03/03/2021 | Check | 1776 | Aspire Logix Solutions Inc | US Bank 9795 | 6,080.00 |
| 03/04/2021 | Check | 1780 | Aspire Logix Solutions Inc | US Bank 9795 | 4,721.00 |
| 03/26/2021 | Check | 1821 | Aspire Logix Solutions Inc | US Bank 9795 | 4,860.00 |
| 04/02/2021 | Check | 1850 | Aspire Logix Solutions Inc | US Bank 9795 | 14,640.00 |
| 04/23/2021 | Check | 4-2021 32 | Aspire Logix Solutions Inc | US Bank 9795 | 4,160.00 |
| 05/04/2021 | Check | 1911 | Aspire Logix Solutions Inc | US Bank 9795 | 6,280.00 |
| 05/17/2021 | Check | 1943 | Aspire Logix Solutions Inc | US Bank 9795 | 3,120.00 |
| 06/02/2021 | Check | 1984 | Aspire Logix Solutions Inc | US Bank 9795 | 4,260.00 |
| | | | | **$** | **5,09,160.00** |

**10:11 AM**
**08/16/21**
**Accrual Basis**

# American IT Resource Group Inc.
## Transaction Detail By Account
### January 1, 2020 through August 16, 2021

| Date | Num | Name | Split | Debit |
|---|---|---|---|---|
| 06/09/2021 | 2007 | Kokilavani Balachandran | US Bank 9795 | 4,860.00 |
| 06/15/2021 | 2026 | Kokilavani Balachandran | US Bank 9795 | 6,280.00 |
| 06/15/2021 | 2033 | Kokilavani Balachandran | US Bank 9795 | 7,132.00 |
| 06/23/2021 | 2042 | Kokilavani Balachandran | US Bank 9795 | 4,286.00 |
| Total Kokilavani Balachandran | | | | 22,558.00 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

```
---------------------------------------------------------)
                                                         )
American IT Resources Group, Inc.,                       )
                                                         )
            Plaintiff,                                   )
                                                         )
      v.                                                 )   Case No.: 22-cv-00378
                                                         )
Aspire Logix Solutions, Inc.,                            )   Judge Marvin Aspen
                                                         )
            Defendant.                                   )
---------------------------------------------------------)
```

## AFFIDAVIT OF COSTS

I, CARLA CARTER, hereby declare under oath and penalty of perjury that I were called to testify regarding matters herein discussed, I would testify from my own personal knowledge to the following:

1. I am an attorney licensed in the State of Illinois.

2. The fees associated with the filing of the Complaint were $402.00. The fees associated with the service of the Amended Complaint and Summons were $171.78.

Further Affiant say naught,

*Carla Carter*
Carla Carter

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*Carla Carter*
Carla Carter

EX D