# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

American IT Resource Group, Inc.

                        Plaintiff,

v.                                           Case No.: 1:22−cv−00378
                                                   Honorable Marvin E. Aspen

Aspire Logix, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff's motion for default judgment [8] is granted. Plaintiff is directed to provide a copy of the judgment order to Defendant via certified mail. Enter Judgment Order. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.