IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------)
)
**American IT Resources Group, Inc.,** )
)
      **Plaintiff,** )
)
      **v.** )  Case No.: 22-cv-00378
)
**Aspire Logix Solutions, Inc.,** )  Judge Marvin Aspen
)
      **Defendant.** )
------------------------------------------------------------)

**FINAL JUDGMENT ORDER**

    Plaintiff's Motion for entry of default judgment is hereby granted. Default judgment is entered against Defendant Aspire Logix Solutions, Inc. in the amount of five hundred thirty-two thousand three hundred and fifty-four dollars and seventy-eight cents ($532,354.78) which includes costs.

    The initial status date of April 7, 2022 at 10:30 a.m. is hereby STRICKEN.

Date:   March 14, 2022                    ENTERED:

                                                                   _____
                                                                   Marvin E. Aspen, U.S. District Judge

Prepared by:
Firm no. 65687
Carla E. Buterman-Carter
Davis & Carter, LLC
53 W. Jackson Blvd., Ste 1504
Chicago, IL 60604
312.600.5485
ccarter@daviscarterlaw.com